**DISMISS; and Opinion Filed May 6, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00399-CV

## IN THE MATTER OF Z.R.S.

**On Appeal from the Auxiliary Court No. 4B**
**Dallas County, Texas**
**Trial Court Cause No. TR-14-00663**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Brown

This is an appeal from an adjudication of delinquent conduct. On appellant's and his mother's motion, we dismiss the appeal. *See* TEX. FAM. CODE ANN. § 56.01(b) (West 2014); TEX. R. APP. P. 42.1(a).

/Ada Brown/
ADA BROWN
JUSTICE

140399F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF Z.R.S.

No. 05-14-00399-CV

On Appeal from the Auxiliary Court No. 4B, Dallas County, Texas
Trial Court Cause No. TR-14-00663.
Opinion delivered by Justice Brown.
Justices Lang and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 6th day of May, 2014.

/Ada Brown/

ADA BROWN
JUSTICE